| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) FUSTE, JOSE A | 2. Court or Organization District Court - Puerto Rico | 3. Date of Report 05/19/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE (ACTIVE) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address RM. CH-133 U.S. COURTHOUSE 150 CHARDON AVENUE SAN JUAN PR 00918-1758 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. ██████████████ | ███████████████ (SEE SECTION VIII FOR EXPLANATORY NOTE). |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 MAY 25 A 11: 04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income *–If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Self-employment as an attorney |
| 2. 2005 | Adjunct Professor, University of P.R. School of Law |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUSTE, JOSE A | 05/19/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. HONORARY MEMBERSHIP (EST. DUES) | CAPARRA COUNTRY CLUB | $ 1080.0 |
| 2. HONORARY MEMBERSHIP (EST. DUES) (SEE ADVISORY OPINION NO. 47) | BANKERS' CLUB OF PUERTO RICO | $ 750.0 |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. CARIBE FEDERAL CREDIT UNION | PERSONAL LOAN | J |
| 2. CITIBANK, PUERTO RICO | LINE OF CREDIT | K |
| 3. CITIBANK, PUERTO RICO | CREDIT CARD | K |
| 4. CITIBANK, PUERTO RICO | CREDIT CARD | J |
| 5. PENTAGON FEDERAL | CAR LOAN | J |

| Name of Person Reporting | Date of Report |
|---|---|
| FUSTE, JOSE A | 05/19/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. GINNIE MAE BONDS | D | Interest | M | T | | | | | |
| 2. AMERICAN FUNDS GROUP: EUROPACIFIC GROWTH FUND | A | Dividend | K | T | Buy | 12/16 | K | | |
| 3. AMERICAN FUNDS GROUP: EUROPACIFIC GROWTH FUND | B | Dividend | K | T | Buy | 12/16 | K | | |
| 4. AMERICAN FUNDS GROUP: EUROPACIFIC GROWTH FUND | A | Dividend | J | T | Partial Sale | 10/27 | J | A | |
| 5. AMERICAN FUNDS GROUP: SMALLCAP WORLD FUND | | None | L | T | Partial Sale | 1/25 | K | A | |
| 6. | | | | | Buy | 12/16 | L | | |
| 7. JOHNSON & JOHNSON (COMMON STOCK) | A | Dividend | K | T | Buy | 4/6 | J | | |
| 8. SAVINGS ACCT. (CARIBE FEDERAL CREDIT UNION) | A | Dividend | J | T | | | | | |
| 9. CHECKING & SAVINGS ACCT. (CITIBANK) | A | Interest | J | T | | | | | |
| 10. CHECKING & SAVINGS ACCT. (CITIBANK) | A | Interest | J | T | | | | | |
| 11. SAVINGS ACCT. (BANCO POPULAR DE P.R.) | A | Interest | J | T | | | | | |
| 12. CHECKING & SAVINGS ACCT. (BANCO POPULAR P.R.) | A | Interest | J | T | | | | | |
| 13. IRA ORIENTAL FED. BANK | B | Interest | K | T | | | | | |
| 14. IRA ORIENTAL FED. BANK | D | Interest | L | T | | | | | |
| 15. SAVINGS ACCT. (CARIBE FEDERAL CREDIT UNION) | A | Dividend | J | T | | | | | |
| 16. SAVINGS ACCT. (CITIBANK) | A | Interest | J | T | | | | | |
| 17. AMERICAN FUNDS GROUP: GROWTH FUND OF AMERICA | A | Dividend | | | Sold | 1/25 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,000 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUSTE, JOSE A | 05/19/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AMERICAN FUNDS GROUP: EUROPACIFIC GROWTH FUND | | None | K | T | Buy | 12/16 | K | | |
| 19. AMERICAN FUNDS GROUP: CAPITAL WORLD G+I | A | Dividend | K | T | | | | | |
| 20. SAVINGS ACCT. (CITIBANK) | A | Interest | J | T | | | | | |
| 21. LEHMAN BROS. 1993 GRANTOR TRUST CORP BOND | A | Interest | J | T | | | | | |
| 22. CONNEAUT SCHOOL DIST. MUNI. BOND | A | Interest | K | T | | | | | |
| 23. WESTMORELAND MUNI. BOND | A | Interest | J | T | | | | | |
| 24. NORTH YORK COUNTY SCHOOL DIST. MUNI. BOND | B | Interest | L | T | | | | | |
| 25. POWER & CASSIA CTYS. SCHOOL DIST. MUNI. BOND | A | Interest | K | T | | | | | |
| 26. ST CLAIR CO. SCHOOL DIST MUNI BOND | A | Interest | L | T | | | | | |
| 27. HOUSTON TX ISD PUB FAC CORP. MUNI BOND | A | Interest | K | T | | | | | |
| 28. FOOTHILL EASTERN TRANSP. MUNI. BOND | C | Interest | L | T | | | | | |
| 29. NORTH ADAMS COMMUNITY SCHOOLS MUNI BOND | A | Interest | K | T | | | | | |
| 30. ELLIS CTY. GENERAL OBLIG. BOND | C | Interest | L | T | | | | | |
| 31. AMERICAN FUNDS GROUP: AMCAP FUND | A | Dividend | K | T | Partial Sale | 4/25 | J | A | |
| 32. AXA ROSENBERG US SMALLCAP FUND | A | Dividend | J | T | Partial Sale | 1/25 | J | A | |
| 33. | | | | | Buy | 7/1 | J | | |
| 34. | | | | | Buy | 12/2 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUSTE, JOSE A | 05/19/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. HARDING LOEVNER FUNDS: INT'L EQUITY | A | Dividend | | | Sold | 1/25 | J | B | |
| 36. LORD ABBOTT INVESTMENT TRUST | A | Dividend | | | Buy | 1/25 | J | | |
| 37. | | | | | Sold | 6/30 | J | A | |
| 38. PIMCO TOTAL RETURN FUND | B | Dividend | | | Buy | 1/27 | J | | |
| 39. | | | | | Buy | 7/6 | K | | |
| 40. | | | | | Partial Sale | 12/6 | J | A | |
| 41. DUPAGE CTY FOREST PRESERVE BOND | A | Interest | K | T | | | | | |
| 42. GT ATLANTIC & PACIFIC TEA(PREFERRED STOCK) | B | Dividend | K | T | | | | | |
| 43. CHICAGO ILL GEN OBLIG MUNI BOND | B | Interest | K | T | | | | | |
| 44. DETROIT MI CONVENTION FAC MUNI BOND | A | Interest | K | T | | | | | |
| 45. PICKERINGTON OHIO LOCAL SCH MUNI BOND | A | Interest | K | T | | | | | |
| 46. LUMBERTON TX UTIL MUNI BOND | A | Interest | | | Redeemed | 8/15 | K | | |
| 47. TEXAS MUNIC POWER AGY | A | Interest | | | Redeemed | 9/1 | K | | |
| 48. TURNER MID-CAP GROWTH FUND | | None | | | Sold | 1/25 | J | A | |
| 49. HALLMARK SMALL-CAP GROWTH FUND | | None | | | Sold | 1/25 | J | A | |
| 50. CAMBIAR OPPORTUNITY FUND | A | Dividend | | | Sold | 1/25 | J | A | |
| 51. CAUSEWAY INT'L FUND | | None | | | Sold | 1/25 | J | A | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000
(See Column C2)    Q =Appraisal    V =Other    S =Assessment    T =Cash Market
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| FUSTE, JOSE A | 05/19/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. MANAGERS 20 FUND | | None | | | Sold | 1/25 | J | A | |
| 53. AMERICAN FUNDS GROUP: NEW ECONOMY FUND | A | Dividend | | | Sold | 1/25 | K | B | |
| 54. PHOENIX-GOODWIN MULTI-SECTOR FUND | C | Dividend | | | Buy | 7/6 | J | | |
| 55. | | | | | Sold | 12/20 | L | A | |
| 56. PR PUBLIC FINANCE CORP MUNICIPAL BOND | A | Dividend | J | T | | | | | |
| 57. PR CONSERVATION TRUST MUNICIPAL BOND | A | Dividend | J | T | | | | | |
| 58. PR MORTGAGE-BACKED & US GOV'T SECURITIES FUND | A | Dividend | J | T | | | | | |
| 59. INT'L HOSPITALITY ASSOC., CLASS A PREF SPEC P'SHIP INTEREST | | None | K | T | | | | | |
| 60. AMERICAN FUNDS GRP: CAPITAL INCOME BD FD | B | Dividend | | | Buy | 1/25 | K | | |
| 61. | | | | | Buy | 7/5 | K | . | |
| 62. | | | | | Sold | 12/16 | L | C | |
| 63. AMERICAN FUNDS GROUP: INCOME FND OF AMERICA | B | Dividend | | | Buy | 1/25 | K | | |
| 64. | | | | | Buy | 7/5 | J | | |
| 65. | | | | | Sold | 12/16 | L | B | |
| 66. AMERICAN FUNDS GROUP: INTERMEDIATE BOND FUND | B | Dividend | | | Buy | 1/25 | K | | |
| 67. | | | | | Partial Sale | 7/5 | K | A | |
| 68. | | | | | Sold | 12/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUSTE, JOSE A | 05/19/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. STREETTRACKS GOLD TR. | | | | | Buy | 4/6 | K | | |
| 70. | | | | | Sold | 12/6 | K | C | |
| 71. ISHARES INC - MSCI: PACIFIC INDEX FUND | A | Dividend | J | T | Buy | 12/6 | J | | |
| 72. ISHARES TRUST - MSCI: EMERGING MARKETS FUND | A | Dividend | J | T | Buy | 12/6 | J | | |
| 73. OIL SERVICE HOLDERS TRUST FUND | | | J | T | Buy | 12/19 | J | | |
| 74. ENERGY SECTOR SPIDER FUND | | | K | T | Buy | 12/19 | K | | |
| 75. GATEWAY TR INDEX PLUS FUND | A | Dividend | J | T | Buy | 1/25 | J | | |
| 76. | | | | | Partial Sale | 7/1 | J | A | |
| 77. LOOMIS SAYLES BOND FUND | A | Dividend | | | Buy | 1/25 | J | | |
| 78. | | | | | Sold | 7/1 | J | A | |
| 79. SCUDDER INVESTMENT FIXED FUND | A | Dividend | | | Buy | 1/25 | J | | |
| 80. | | | | | Sold | 7/1 | J | A | |
| 81. DELAWARE INT'L VALUE EQMT FUND | A | Dividend | J | T | Buy | 1/27 | J | | |
| 82. | | | | | Partial Sale | 7/1 | J | A | |
| 83. T ROWE PRCE - NEW INCOME FUND | A | Dividend | | | Buy | 1/27 | J | | |
| 84. | | | | | Sold | 7/1 | J | A | |
| 85. RYDER URSA ADVISOR FUND | A | Dividend | J | T | Buy | 7/1 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and C3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000
(See Column C2)    Q =Appraisal    V =Other    S =Assessment    T =Cash Market
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| FUSTE, JOSE A | 05/19/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. DENTON, TX INDEPENDENT SCHOOL DISTRICT MUNICIPAL BOND | A | Interest | J | T | Buy | 8/23 | J | | |
| 87. GMAC (PREFERRED STOCK) | A | Dividend | J | T | Buy | 8/24 | J | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUSTE, JOSE A | 05/19/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*



SEC. IV. REIMBURSEMENTS & GIFTS. I HAVE ONLY RECEIVED OFFICIAL COURT-RELATED REIMBURSEMENTS ON AUTHORIZED EXPENDITURES REGARDING OFFICIAL TRAVEL ON BEHALF OF THE U.S. COURTS.

SEC. VII. INVESTMENTS & TRUSTS. THE IRAs OWNED BY ███████ AND MYSELF ARE CASH-EQUIVALENT ACCOUNTS MAINTAINED AT A FINANCIAL INSTITUTION. THEY ARE COMPOSED OF GINNIE MAE BONDS AND OTHER SECURITIES WHICH ARE NOT DIRECTED OR MANAGED BY EITHER OF US.

| Name of Person Reporting | Date of Report |
|---|---|
| FUSTE, JOSE A | 05/19/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date  5/24/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544